

William G. Putnicki

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

501 W. 5th Street, Suite 1100
Austin, Texas 78701
512-916-58__

FILED
2013 AUG 14 AM 9: 51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Receipt for Exhibits

I, the undersigned, do hereby acknowledge receipt of the following exhibits submitted by *circle one* (Government) / (Defendant) in Case No. **A07cr047(1)LY**; styled: **U.S.A. v. Anthony Joel Marquez**

List of Exhibits:

    Defendant(s) #1 & #2

_____
**Signature**

C.G. Morris
_____
**Printed Name**

Law Office of C.G. Morris
_____
**Name of Firm**

Please release exhibits to Raquel Marx.